**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 12-cr-00394-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     DANIEL TZUN,

       Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that, pursuant to Defendant's Notice of Disposition (Doc 11 - filed October 10, 2012), the status/scheduling hearing regarding Defendant Tzun set **Tuesday, October 16, 2012 at 10:00 a.m.** is converted to a change of plea hearing.

     Defendant must be present. An interpreter is required.

Dated: October 11, 2012