**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK**

**COURTROOM MINUTES**
_____

| | | |
|---|---|---|
| Courtroom Deputy: Emily Seamon | Date: | January 4, 2013 |
| Court Reporter: Tammy Hoffschildt | Probation: | Darren Streich |
| | Interpreter: | Melinda Gonzalez-Hibner |

_____

Criminal Action No. 12-cr-00394-LTB         *Counsel:*

UNITED STATES OF AMERICA,                    Beth Gibson

    Plaintiff,

v.

1. DANIEL TZUN,                              Brian Leedy

    Defendant.

_____

**SENTENCING**
_____

9:01 a.m.    Court in Session.

Defendant is present and in custody.

Interpreter sworn.

> Defendant plead guilty to Count 1 of the Indictment on October 16, 2012.

**ORDERED**: Defendant's Unopposed Motion for a One Offense Level Downward Variance in Exchange for Appeal Waiver [Doc. No. 18, Filed December 20, 2012] is GRANTED.

Statements by Ms. Gibson and Mr. Leedy.

1

**ORDERED**: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that Defendant, Daniel Tzun, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 12 months and 1 day.

**ORDERED**: Upon release from imprisonment, Defendant shall be placed on supervised release for a period of 3 years.

**ORDERED**: Conditions of Supervised Release:
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which Defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X) Defendant shall comply with standard conditions as adopted by the Court.
- (X) Defendant shall not unlawfully possess a controlled substance.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant will cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITION** of Supervised Release:
- (X) Defendant, if deported, shall not return to the U.S. illegally. If the defendant re-enters the United States legally, defendant shall report to the nearest U.S. Probation Office within 72 hours of defendant's return.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

9:11 a.m.     Court in Recess.
Hearing concluded.
Time: 00:10