**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 12-cr-00394-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    DANIEL TZUN,

       Defendant.

---

**ORDER**

---

In addition to the Orders entered by this Court in open Court at the sentencing hearing held January 4, 2013, it is further

ORDERED that Defendant shall pay a special assessment of $100.00, which is due and payable immediately.

                              BY THE COURT:

                                  s/Lewis T. Babcock
                                Lewis T. Babcock

DATED: January 4, 2013